IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BRANDON DANNER                                                    PLAINTIFF

v.                      No. 3:21-cv-150-DPM

GREENE COUNTY DETENTION
CENTER; TAMMY GLENN, Head Nurse,
Greene County Detention Center; and
DOES, Greene County Jail Administrative
Staff, Medical Staff, and Employees            DEFENDANTS

ORDER

     Unopposed recommendation, *Doc. 7*, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Strike recommended. 28 U.S.C. § 1915(g). Any *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

     So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

20 September 2022