IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BRANDON DANNER                                                              PLAINTIFF

v.                                    No. 3:21-cv-150-DPM

GREENE COUNTY DETENTION
CENTER; TAMMY GLENN, Head Nurse,
Greene County Detention Center; and
DOES, Greene County Jail Administrative
Staff, Medical Staff, and Employees                                    DEFENDANTS

## JUDGMENT

Danner's complaint is dismissed without prejudice.

*signature*

D.P. Marshall Jr.
United States District Judge

20 September 2022